UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>1510 EAST NOB HILL BOULEVARD, YAKIMA, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | CV-06-3076-LRS<br><br>Order of Dismissal |

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Fed. R. Civ. P.

This Court accepts the stipulation and finds that the case should be dismissed. The Court further finds that the parties have stipulated that each party shall be responsible for its attorneys' fees and costs incurred herein.

Accordingly, IT IS HEREBY ORDERED:

1) That this case is DISMISSED; and,

2) Each party shall be responsible for its attorneys' fees and costs.

The District Court Executive is hereby directed to enter this order and provide copies to counsel and close the file.

DATED this 3rd day of December, 2007.

                                      s/Lonny R. Suko

                                      Lonny R. Suko
                                      United States District Court Judge

Order of Dismissal - 1
P71025dm.jkb.wpd